IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1012-PSF-CBS

GARRY GORMLY,
K. SCOTT HENDRIX and
RANDAL G. STADT, Individually and on
Behalf of All Others Similarly Situated, and on
Behalf of the Mobile Tool International, Inc. Employee Stock Ownership Plan,

  Plaintiffs,

v

ADAM BLUMENTHAL,
AMERICAN CAPITAL STRATEGIES, LTD.,
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 111,
DENNIS W. JOHNSON,
MARY ANN KOZEL,
VAN J. WALBRIDGE,
WILLIAM J. WHEELER, and
IRA K. WRIGHT,

  Defendants.

## ORDER

This matter comes before the Court on the parties Stipulated Motion for Sixty (60) Day Stay of Execution. Having reviewed the same, and being fully advised in the premises;

IT IS HEREBY ORDERED that said stipulated motion is granted, and the Court's Order of July 12, 2005 is Stayed to and including September 19, 2005.

Dated this 1st day of _____, 2005.

By: _____
United States ~~District~~ Judge
MAGISTRATE

CRAIG B. SHAFFER